UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA WHITAKER

    Plaintiff,

V.                                  CIVIL ACTION NO
                                      1:15-cv-01286-CCB

FINANCIAL MANAGEMENT SOLUTIONS, LLC

Defendant.                                JULY 21, 2015

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed **without** prejudice and without costs, subject to approval of the Court.

                                                  BY/S/Bernard T. Kennedy
                                                  Bernard T. Kennedy, Esquire
                                                  The Kennedy Law Firm
                                                  P.O. Box 673
                                                  Blairsville, GA 30514
                                                  Ph (443) 607-8901
                                                  Fax (443) 440-6372
                                                  Fed. Bar # Md26843
                                                  bernardtkennedy@yahoo.com

*[handwritten: approved CCB USDJ 7/21/15]*

                                                  RECEIVED IN THE OFFICE OF
                                                 CATHERINE C. BLAKE
                                                  JUL 2 1 2015
                                               UNITED STATES DISTRICT JUDGE